Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-5516FDB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO CONDUCT DISCOVERY |
| v. | ) | PURSUANT TO RULE 32.2(c)(1)(B) |
| | ) | RE: PETITION OF WILLIAM AND |
| MICHAEL STEFFEN, | ) | BEVERLY STEFFEN AND SETTING |
| | ) | HEARING DATE ON PETITION |
| Defendant. | ) | |
| _____ | ) | |

This matter having come before the Court on petitioners William and Beverly Steffen's petition to have their claim of interest in real property located at 540 3rd Avenue, Fox Island, Washington, recognized in proceedings ancillary to the entry of a Preliminary Order of Forfeiture in this case, and on the agreed Motion of the parties to conduct discovery relating to the petition, and the Court having considered the representations of the parties and the files and records herein, it is hereby

ORDER GRANTING MOTION TO CONDUCT DISCOVERY
AND SETTING HEARING DATE RE: PETITION OF
WILLIAM AND BEVERLY STEFFEN - 1
CR04-5516FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

ORDERED that the third party ancillary hearing concerning Steffen's petition, is scheduled for August 11, 2005 at 9:00 a.m. in Courtroom C.

FURTHER ORDERED that the parties may conduct discovery pursuant to the Federal Rules of Civil Procedure on all relevant matters, including, but not limited to those identified in plaintiff's motion for discovery, said discovery to be completed no later than July 31, 2005.

DATED this 18th day of May, 2005

    /s/ Franklin D Burgess
FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

 s/Peter O. Mueller
PETER O. MUELLER
Assistant United States Attorney


  s/Zenon Peter Olbertz by POM*
ZENON PETER OLBERTZ
Attorney for William and Beverly Steffen


* Per telephonic authorization

ORDER GRANTING MOTION TO CONDUCT DISCOVERY
AND SETTING HEARING DATE RE: PETITION OF
WILLIAM AND BEVERLY STEFFEN - 2
CR04-5516FDB