Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-5516FDB |
| Plaintiff, | ) ) ) | ORDER GRANTING GOVERNMENT'S MOTION TO CONDUCT THE DEPOSITION OF MICHAEL STEFFEN |
| v. | ) ) | |
| MICHAEL STEFFEN, | ) ) | |
| Defendant. | ) ) | |

This matter having come before the Court on the Government's Motion to Conduct the Deposition of Michael Steffen, an inmate at the Federal Detention Center, Seatac, Washington, and having reviewed the Motion and the Order Granting Stipulated Motion to Conduct Discovery Pursuant to Rule 32.2(c)(1)(B) Re: Petition of William and Beverly Steffen and Setting Hearing Date on Petition, it is hereby

ORDERED that the Government's request for leave of court to conduct the

//

//

//

ORDER GRANTING GOVERNMENT'S MOTION
TO CONDUCT THE DEPOSITION OF MICHAEL STEFFEN - 1
(CR04-5516FDB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  deposition of Michael Steffen is granted.

2      DATED this __6th__ day of __June__, 2005

3

4                                                  FRANKLIN D. BURGESS

5                                                  UNITED STATES DISTRICT JUDGE

6

7

8  Presented by:

9   s/Richard E. Cohen for
   PETER O. MUELLER

10 Assistant United States Attorney

11

12

---

ORDER GRANTING GOVERNMENT'S MOTION
TO CONDUCT THE DEPOSITION OF MICHAEL STEFFEN - 2
(CR04-5516FDB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970