UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL STEFFEN,<br><br>    Defendant. | CASE NO. CR04-5516BHS<br><br>ORDER DENYING DEFENDANT'S MOTION FOR DISCHARGE FROM SUPERVISED RELEASE |

This matter comes before the Court on Defendant Michael Steffen's motion for discharge from supervised release. Dkt. 169. The Court has considered the pleadings filed in support of the motion and hereby denies the motion for the reasons stated herein.

Defendant requests early termination of his supervised release because it is a hardship to obtain permission from his probation officer every time he needs to leave town for work and family.

The United States Probation Office ("Probation") recommends denying Defendant's motion (Dkt. 170), and the Court agrees. First, as Probation stated in its response, Defendant was convicted of an offense that indicates he is at moderate risk to re-offend. Second, while Probation indicates that Defendant has reported to the probation office and has submitted to regular urinalysis testing with negative results, the Court agrees with Probation that Defendant is not faced with an undue hardship by completing a travel request and submitting it two weeks prior to his desired departure date.

ORDER – 1

Therefore, it is hereby

**ORDERED** that Defendant Michael Steffen's motion for discharge from supervised release (Dkt.169) is **DENIED**.

DATED this 17th day of August, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2